UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00095-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  JOSE IGNACIO LOPEZ-LOPEZ,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      A Notice of Disposition was filed in the above matter on March 29, 2011 [ECF No. 10].  The Defendant asks that the matter be scheduled for a change of plea and for immediate sentencing.

      A Change of Plea hearing is set for **Thursday, May 12, 2011 at 9:00 A.M. Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.**  If the documents are not timely submitted, the hearing will be **VACATED**.  **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

      If appropriate, the Court will proceed to immediate sentencing.

      Dated:  April 1, 2011